UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN ONTIVEORS,

    Plaintiff,

  v.

JOHN DOE,

    Defendant.

Case No. 14-cv-00394-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. He has also failed to file a complaint. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a complete IFP application, or full payment for the $350.00 filing fee, **and** (2) a complaint. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 12, 2014

                                             WILLIAM H. ORRICK
                                             United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN ONTIVEORS,

        Plaintiff,

  v.

JOHN DOE,

        Defendant.

Case Number: CV14-00394 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Martin Ontiveors
Centinela State Prison
D-2-118-L
P.O. Box 931
Imperial, CA 92251

Dated: March 12, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk