UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ONTIVEORS,<br><br>  Plaintiff,<br><br>  v.<br><br>P. BEAZA, et al.,<br><br>  Defendants. | Case No. 14-cv-00394-WHO (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER OF TRANSFER** |

This federal civil rights action was dismissed because plaintiff Ontiveors failed to comply with the Court's directions to file a complaint and a complete application to proceed *in forma pauperis*. Ontiveors has since filed both documents. In consequence, the action is REOPENED, and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 8) and the order of dismissal (Docket No. 7) are VACATED.

This action is TRANSFERRED to the Southern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Imperial County, which is in the Southern District. *See* 28 U.S.C. §§ 84(d), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 11, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ONTIVEORS,<br><br>        Plaintiff,<br><br>  v.<br><br>P. BEAZA, et al,<br><br>        Defendants.<br>_____/ | Case Number: CV14-00394 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Martin Ontiveors
Centinela State Prison
D-5-105-L
P.O. Box 931
Imperial, CA 92251


Dated: April 11, 2014

                                              Richard W. Wieking, Clerk
                                              By: Jean Davis, Deputy Clerk